JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
LAW OFFICES OF JOANNA R. MENDOZA, P.C.
P.O. Box 2593
Granite Bay, CA  95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

Attorneys for Defendants
THOMAS T. AOKI, M.D., and
AOKI DIABETES RESEARCH INSTITUTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MURRAY,<br><br>             Plaintiff,<br><br>  vs.<br><br>THOMAS T. AOKI, M.D. and AOKI DIABETES RESEARCH INSTITUTE, and DOES 1 – 100, inclusive,<br><br>             Defendants. | CASE NO.  2:12-CV-01334-MCE-CKD<br><br>**ORDER GRANTING EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

The ex parte request to extend time to respond to the complaint in the above-captioned matter is GRANTED.  The responsive document shall be filed no later than August 3, 2012.

IT IS SO ORDERED.

Dated:  August 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE