1  JOANNA R. MENDOZA, (Cal. State Bar No. 148320)
   LAW OFFICES OF JOANNA R. MENDOZA, P.C.
2  P.O. Box 2593
   Granite Bay, CA  95746
3  (916) 781-7600
   (916) 781-7601 FAX
4  jmendoza@theiplawfirm.com

5  Attorneys for Defendants
   THOMAS T. AOKI, M.D., and
6  AOKI DIABETES RESEARCH INSTITUTE

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  KENNETH MURRAY,                    )   CASE NO.  2:12-CV-01334-MCE-CKD
                                       )
12              Plaintiff,             )
                                       )   **ORDER GRANTING EX PARTE**
13     vs.                             )   **REQUEST FOR EXTENSION OF TIME**
                                       )   **TO FILE RESPONSE TO COMPLAINT**
14  THOMAS T. AOKI, M.D. and AOKI      )
    DIABETES RESEARCH INSTITUTE, and   )
15  DOES 1 – 100, inclusive,           )
                                       )
16              Defendants.            )
    _____)

17

18      The ex parte request to extend time to respond to the complaint in the above-captioned

19  matter is GRANTED.  The responsive document shall be filed no later than August 3, 2012.

20      IT IS SO ORDERED.

21

22  Dated:  August 6, 2012

23                                         _____
                                           MORRISON C. ENGLAND, JR
24                                         UNITED STATES DISTRICT JUDGE