UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KENNETH MURRAY, | No. 2:12-cv-01334-MCE-CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| THOMAS AOKI, M.D., et al., | |
| Defendant. | |

Presently before the Court is a motion by Defendants Thomas Aoki and Aoki Diabetes Research Institute (collectively "Defendants") to dismiss the complaint of Plaintiff Kenneth Murray ("Plaintiff") for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  (ECF No. 10.)  Plaintiff failed to timely file an opposition to Defendants' motion.

Pursuant to Local Rule 78-230(c), opposition to a motion must be filed not less than fourteen (14) days prior to the date of the hearing.  The date of the hearing on the motion was set for September 20, 2012.  Fourteen (14) days prior to the hearing was September 6, 2012.  No opposition was filed as required.  In light of the fact that no opposition was filed by Plaintiff, Defendants' Motion to Dismiss (ECF No. 10) is GRANTED with leave to amend.

///

Plaintiff may file an amended complaint not later than twenty (20) days after the date this Memorandum and Order is filed electronically.  If no amended complaint is filed within said twenty (20)-day period, without further notice, Plaintiff's claims will be dismissed without leave to amend.

IT IS SO ORDERED.

Dated:  October 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE