UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KENNETH MURRAY,

        Plaintiff,

   v.

THOMAS AOKI, M.D., et al.,

        Defendants.

No. 2:12-cv-01334-MCE-CKD

**ORDER RE: DISMISSAL WITH PREJUDICE**

On October 17, 2012, the Court issued an order dismissing Plaintiff Kenneth Murray's Complaint for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 19.) The Court's order stated that Plaintiff could file an amended complaint not later than twenty (20) days after the date the Memorandum and Order was filed electronically, and further provided that if no amended complaint was filed within said twenty (20) day period, Plaintiffs claims would be dismissed without leave to amend and without further notice. (Id.) Plaintiff has failed to file an amended complaint, and the twenty day period expired on November 6, 2012.

*///*

*///*

*///*

*///*

1

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. Plaintiff Kenneth Murray's claims are dismissed with prejudice;
2. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE